✎AO ___     Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
NORTHERN          District of          NEW YORK

UNITED STATES OF AMERICA

ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

**V.**

JOSEPH THORPE

Case Number: 1:04-cr-596-001 (DNH)
USM Number: 12928-052
Alexander Bunin, Esq.
Defendant's Attorney

Date of Previous Judgment: May 16, 2005
(Use Date of Last Amended Judgment if Applicable)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of <u>130</u> months **is reduced to 110 months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: <u>28</u>                      Amended Offense Level: <u>26</u>
Criminal History Category: <u>V</u>                   Criminal History Category: <u>V</u>
Previous Guideline Range: <u>130</u> to <u>162</u> months   Amended Guideline Range: <u>110</u> to <u>137</u> months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):_____
_____
_____
_____

**III. ADDITIONAL COMMENTS**
_____
_____

Except as provided above, all provisions of the judgment dated <u>May 16, 2005</u> shall remain in effect.
**IT IS SO ORDERED.**

April 25, 2008
Order Date

_____
Effective Date (if different from order date)

David N. Hurd
District Judge